IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AKHIKPEMEL BRAIMAH, | ) | |
| | ) | 4:03CV3135 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FRANCIS SHELTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 133, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to serve the defendants. Upon review of the record, it appears that all defendants listed in the case caption of this case have already been served. Therefore, filing no. 133 is denied as moot.

SO ORDERED.

DATED this 16th day of May, 2005.

BY THE COURT:

\_\_\_
s/F.A. GOSSETT
United States Magistrate Judge